JS-6

1  Audra M. Mori (State Bar No. 162850)
2  Katherine M. Dugdale (State Bar No. 168014)
   Jennifer N. Chiarelli (State Bar No. 212253)
   PERKINS COIE LLP
3  1620 26th Street
   Sixth Floor, South Tower
4  Santa Monica, California 90404
   Telephone:  (310) 788-9900; Facsimile:  (310) 788-3399
5  Amori@perkinscoie.com; Kdugdale@perkinscoie.com; Jchiarelli@perkinscoie.com

6  John H. Jamnback (admitted *pro hac vice*)
   Matthew A. Carvalho (State Bar No. 194163)
7  YARMUTH WILSDON CALFO PLLC
   925 Fourth Avenue, Suite 2500
8  Seattle, Washington  98104
   Telephone:  (206) 516-3800; Facsimile:  (206) 516-3888
9  Jjamnback@yarmuth.com; Mcarvalho@yarmuth.com

10 Attorneys for Plaintiff
   MICROSOFT CORPORATION

11

12                 **UNITED STATES DISTRICT COURT**

13                 **CENTRAL DISTRICT OF CALIFORNIA**

14

15 MICROSOFT CORPORATION, a
   Washington corporation,              Case No. SACV08-0499-DOC(RNBx)
16
                    Plaintiff,
17                                       **PERMANENT INJUNCTION**
        v.                               **AGAINST DEFENDANT TINH**
18                                       **NGUYEN, d/b/a PTKTCOMP and**
   TINH NGUYEN, d/b/a PTKTCOMP and       **TPTCOMPUTER.COM; and**
19 tptcomputer.com, an individual; and JOHN
   DOES 1-5,                             **ORDER OF DISMISSAL**
20
                    Defendants.
21

22

23         THIS MATTER came before the Court upon the Stipulation of Plaintiff

24 Microsoft Corporation's ("Microsoft") and defendant Tinh Nguyen, d/b/a PTKTCOMP

25 and tptcomputer.com, ("Nguyen") for the entry of a Permanent Injunction and Order of

26 Dismissal.  Having considered the Stipulation, and having reviewed the files and

27 records herein; the Court enters the following ORDER:

28

                                         1

## PERMANENT INJUNCTION

1.  Defendant Tinh Nguyen, doing business as PTKTCOMP and tptcomputer.com, and his agents, servants, employees, representatives, successors and assigns, and all those persons acting at his direction or control, are hereby **PERMANENTLY ENJOINED** and restrained from engaging in the following acts or practices:

> (a)  imitating, copying, or making any other infringing use or infringing distribution of the software and/or materials now or hereafter protected by the following copyright Certificates Registration Nos.:

>> (1)  TX 5-407-055 ("Windows XP");

>> (2)  TX 5-811-026 ("Windows 2003 Server"); and

>> (3)  Other items or works protected by Microsoft registered copyrights;

> (b)  importing (to the United States), offering to the public, providing and trafficking in counterfeit and/or unauthorized Product Keys, knowing or having reason to know that such Product Keys (a) are primarily designed or produced for the purpose of circumventing technological measures that effectively control access to copyrighted Microsoft software, (b) have only limited commercially significant purpose or use other than to circumvent technological measures that effectively control access to copyrighted Microsoft software, or (c) are marketed by Defendant and persons acting in concert with Defendant for use in circumventing technological measures that effectively control access to copyrighted Microsoft software;

> (c)  using any false or misleading representation that can or is likely to lead the trade or public erroneously to believe that any software program, component, or item has been manufactured, assembled, produced, distributed, offered for distribution, circulation, sold, offered for sale, imported, advertised, promoted,

displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is not true in fact;

(d)     using reproductions, counterfeits, copies or colorable imitations of Microsoft's copyrighted and trademark protected software and other materials in the distribution, offering for distribution, circulating, sale, offering for sale, advertising, importing, promoting, or displaying of any merchandise not authorized or licensed by Microsoft;

(e)     trafficking, distributing or intending to distribute any counterfeit or illicit Microsoft Product Keys, Product Key Labels, or any Microsoft documentation or packaging; and

(f)     assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs a through e above.

## <u>ORDER OF DISMISSAL</u>

2.     The Court further Orders that Microsoft's claims in this action against defendant Nguyen are dismissed, with prejudice and without attorneys' fees or costs.

3.     The United States District Court for the Central District of California shall continue to have jurisdiction in this case to the extent necessary to enforce the Permanent Injunction and other agreed orders, and the Settlement Agreement and Release entered into by Microsoft and Nguyen.

IT IS SO ORDERED.


DATED this 29th day of <u>August</u>, 2008.

<u>David O. Carter</u>
The Honorable David O. Carter
United States District Judge

Presented by:

YARMUTH WILSDON CALFO PLLC


By_____
     John H. Jamnback
     Matthew A. Carvalho

Attorneys for MICROSOFT CORPORATION


LAW OFFICES OF PHO VAN PHAM


By_____
     Pho Van Pham

Attorneys for Defendant TINH NGUYEN, d/b/a
PTKTCOMP and tptcomputer.com

4